UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: FLOOD, PATRICIA M.                    § Case No. 09-72088
                                             §
                                             §
Debtor(s)                                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    211 South Court Street
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/16/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  04/16/2012            By:  /s/BERNARD J. NATALE
                                                                                             Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: FLOOD, PATRICIA M. | § Case No. 09-72088 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 1,080,441.65 |
| *and approved disbursements of* | $ 1,054,207.66 |
| *leaving a balance on hand of* [1] | $ 26,233.99 |
| **Balance on hand:** | $ 26,233.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 6 | Amcore Bank NA | 315,408.76 | 315,408.76 | 0.00 | 0.00 |
| 7 | Midwest Bank | 288,006.59 | 288,006.59 | 0.00 | 0.00 |
| 8 | Midwest Bank | 81,328.12 | 81,328.12 | 0.00 | 0.00 |
| 9 | Midwest Bank | 68,985.03 | 68,985.03 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 26,233.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 19,913.99 | 0.00 | 19,913.99 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 3,995.06 | 0.00 | 3,995.06 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 401.01 | 0.00 | 401.01 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 24,310.06 |
| Remaining balance: | $ 1,923.93 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,923.93 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,274.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| CFLOOD | Midwest Community Bank | 7,274.33 | 7,274.33 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,923.93 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,740.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Custom Cabinetry | 670.00 | 0.00 | 148.79 |
| 2 | Chase Bank USA | 5,649.65 | 0.00 | 1,254.64 |
| 3 | Commonwealth Edison | 168.73 | 0.00 | 37.47 |
| 4 | Southwood Property Mgmt & Realty LLC | 1,959.71 | 0.00 | 435.20 |
| 5 | Verizon Wireless | 215.39 | 0.00 | 47.83 |
| LKMILLS | City of Lake Mills | 43.94 | 43.94 | 0.00 |
| RKFCITY | Payment Center | 33.22 | 33.22 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,923.93 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                             Case No. 09-72088-MB
Patricia M. Flood                                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett             Page 1 of 3                Date Rcvd: Apr 19, 2012
                              Form ID: pdf006            Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2012.
db           +Patricia M. Flood,    7426 Ashton Villa,    Rockford, IL 61107-2719
aty          +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
13937146      Amcore Bank,    1201 South Alpine road,    Rockford, IL 61108
13937147     +Axberg Heating,    3230 Pyrmid Drive,    Rockford, IL 61109-2765
13937148     +Brian Winker,    1068 Bayberry Drive,    Watertown, WI 53098-3217
14135618     +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13937156      Chase Mastercard,    Cardmember Services,    Box 15153,    Wilmington, DE 19886-5153
13937157      Chase VISA,    Cardmember Service,    Box 15153,    Wilmington, DE 19886-5153
13937158     +Chia Wen Feng,    7414 Ashton Villa,    Rockford, IL 61107-2719
13937160     +City of Lake Mills,    Light and Water Department,    200 D Water Street,
               Lake Mills, WI 53551-1632
13937161     +City of Rockford,    425 E. State Street,    Rockford, IL 61104-1068
13937162      Commonwealth Edison,    POB 61111,    Carol Stream, IL 60523
13937163      Countrywide,    POB 650070,    Dallas, TX 75265-0070
13937169     +Custom Cabinetry,    964 Washington Avenue,    South Beloit, IL 61080-2045
13937170     +D.L. Anderson Co.,    5440 Blue Bill Park Drive,    Madison, WI 53704-7690
13937171     +Direct TV,    Box 9001069,    Louisville, KY 40290-1069
13937172     +Frinks Sewer & Drain,    Box 1004,    Rockford, IL 61105-1004
13937173     +Jeffrey Johnson,    3512 Pleasant Valley Blvd.,    Rockford, IL 61114-5236
13937175     +John Jensen,    Jefferson County Treasurer,    320 South Main Street,    Jefferson, WI 53549-1718
13937176     +Jonah Bonara and Debra Galluzzo,    2166 Grandchester Place,    Rockford, IL 61107-2720
13937177     +Ken's Appliance & Refrigeration,    2934 Kegel Drive,    Rockford, IL 61109-7000
14028444     +Lonnie's Carpet Max,    6551 E Riverside Blvd,    Rockford, IL 61114-4962
13937179     +Michael Menke,    5923 Wainright Court,    Roscoe, IL 61073-1913
13937178     +Michael and Emily Condina,    1877 Adams Point Court,    Snellville, GA 30078-2933
13937181     +Midwest Bank,    3963 No. Perryville Road,    Rockford, IL 61114-8020
13937182     +Midwest Bank,    3963 North Perryville Road,    Rockford, IL 61114-8020
13937180     +Midwest Bank,    Eric E Newman,    123 N Wacker Dr Ste 1800,    Chicago, IL 60606-1770
14028443      Miracle Financial,    52 Armstrong Road,    Plymouth, MA 02360-4807
14084250     +Mitchell J Edlund,    123 N Wacker Dr,    Suite 1800,    Chicago,IL 60606-1770
13937185      Nakia Johnson,    10042 Bitterroot Road #4,    Rockford, IL 61108
13937188    #+Norstar Heating & Cooling,    2121 15th Street,    Rockford, IL 61104-7310
13937189     +North Park Water,    Box 966,    Roscoe, IL 61073-0966
14067800      Nudwest Community Bank,    c/o Meckler Bulger Tilson Marick & Pears,    Eric E Nelson,
               123 Wacker Drive Suite 1800,    Chicago, IL 60606-1770
13937190     +Paul Parmetier dba Running Wolf Rep,    3002 Rutgers Place,    Rockford, IL 61109-1627
13937193     +Rob's Performance,    607 Highway Y,    POB 159,    Johnson Creek, WI 53038-0159
13937194     +Rock River Water Reclamation,    Box 6207,    Rockford, IL 61125-1207
13937195     +Scott Hargraves,    4324 Lori Drive, #5,    Rockford, IL 61114-7207
13937197     +Sean Sullivan,    10042 Bitterrot Rd., #3,    Rockford, IL 61107
13937200     +Southwood Property Management,    2222 E. State Street., Suite 207,    Rockford, IL 61104-1572
14409406     +Southwood Property Management and Realty, LLC,    c/o Michael J. Schirger, Esquire,
               Reno & Zahm LLP,    2902 McFarland Road Suite 400,    Rockford, IL 61107-6801
13937201     +Stillman Valley Nursery,    9979 No. Kishwaukee Road,    Stillman Valley, IL 61084-9737
13937202     +Ted's Appliance Service,    Box 305,    Cherry Valley, IL 61016-0305
13937203      Thurston Sandlin,    10058 Bitterroot #4,    Rockford, IL 61108
13937205     +Town of Lake Mills,    Sharon Guenterberg, Treasurer,    W8875 Airport Road,
               Waterloo, WI 53594-9530
13937210     +West Bend Insurance,    Bin 432,    Milwaukee, WI 53288-0001
13937209      West Bend Insurance,    4455 No. Mulford road,    Rockford, IL 61132
13937211      Winnebago County Treasurer,    404 Elm Street,    POB 1216,    Rockford, IL 61105-1216
14426082     +c/o Gregory A. Biegel,    AMCORE Bank, N.A.,    Barrick, Switzer, Long, Balsley & Van Ev,
               6833 Stalter Drive, First Floor,    Rockford, IL 61108-2579

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13937187     +E-mail/Text: bankrup@nicor.com Apr 20 2012 00:57:05     NICOR,    POB 310,    Aurora, IL 60507-0310
13937207     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Apr 20 2012 08:09:48      Verizon Wireless,
               Box 25505,    Lehigh Valley, PA 18002-5505
14409705     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Apr 20 2012 08:09:48      Verizon Wireless,
               POB 3397,    Bloomington IL 61702-3397
13937208     +E-mail/Text: Bankruptcy-Notifications@we-energies.com Apr 20 2012 08:29:42      WE Energies,
               POB 2046,    Milwaukee, WI 53201-2046
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13937152      Carl Flood
13937153      Carl Flood
13937154      Carl Flood
13937155      Carl Flood
13937151      Carl Flood
13937191      Penny Stahl,    address unknown
13937192      Richard Schrom,    unknown
13937206      Unknown name,    913 Ramona Terrace
```

```
District/off: 0752-3          User: vgossett             Page 2 of 3                   Date Rcvd: Apr 19, 2012
                              Form ID: pdf006            Total Noticed: 52

13937159*     +Chia Wen Feng,    7414 Ashton Villa,    Rockford, IL 61107-2719
13937164*      Countrywide,    POB 650070,    Dallas, TX 75265-0070
13937165*      Countrywide,    POB 650070,    Dallas, TX 75265-0070
13937166*      Countrywide,    POB 650070,    Dallas, TX 75265-0070
13937167*      Countrywide,    POB 650070,    Dallas, TX 75265-0070
13937168*      Countrywide,    POB 650070,    Dallas, TX 75265-0070
13937174*     +Jeffrey Johnson,    3512 Pleasant Valley Blvd.,    Rockford, IL 61114-5236
13937183*     +Midwest Bank,    3963 No. Perryville Road,    Rockford, IL 61114-8020
13937184*     +Midwest Bank,    3963 No. Perryville Road,    Rockford, IL 61114-8020
13937186*      Nakia Johnson,    10042 Bitterroot Road #4,    Rockford, IL 61108
13937196*     +Scott Hargraves,    4324 Lori Drive, #5,    Rockford, IL 61114-7207
13937198*      Sean Sullivan,    10042 Bitterrot Rd., #3,    Rockford, IL 61107
13937204*      Thurston Sandlin,    10058 Bitteroot #4,    Rockford, IL 61108
13937212*      Winnebago County Treasurer,    404 Elm Street,    POB 1216,    Rockford, IL 61105-1216
13937145     ##+Alpine Softener,    1230 15th Avenue,    Rockford, IL 61104-5303
13937149     ##+Bruce and Lorie Mattingly,    7306 Ashton Villa,    Rockford, IL 61107-2717
13937150      ##Carl Flood,    2929 Sunnyside Drive, Unit 163D,    Rockford, IL 61114-4503
13937199     ##+Shawn Whalen,    1820 So. Alpine Road,    Rockford, IL 61108-6466
                                                                                         TOTALS: 8, * 14, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2012**              **Signature:**     _Joseph Speetjens_

```
District/off: 0752-3           User: vgossett              Page 3 of 3              Date Rcvd: Apr 19, 2012
                               Form ID: pdf006             Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2012 at the address(es) listed below:
```
              Bernard J Natale    on behalf of Plaintiff Bernard Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Eric E. Newman    on behalf of Creditor  Midwest Community Bank eric.newman@mbtlaw.com
              James E Stevens    on behalf of Debtor Patricia Flood jimstevens@bslbv.com
              Michael  Dimand    on behalf of Creditor  BAC Home Loans Servicing LP mdimand@aol.com
              Michael  Schirger    on behalf of Creditor  Southwood Property Management and Realty, LLC
               mjs@schirger.com, law@schirger.com
              Michael J Kalkowski    on behalf of Creditor  BAC Home Loans Servicing, LP fka Countrywide Home
               Loans Servicing, LP mkalkowski@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 8
```