**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: FLOOD, PATRICIA M. | § Case No. 09-72088 |
| | § |
| | § |
| Debtor(s) | § |

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 20, 2009. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of                $       1,080,475.63

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 914,378.40 |
    | Administrative expenses | 165,473.64 |
    | Bank service fees | 589.61 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1]   $ | 33.98 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 09/09/2009 and the deadline for filing governmental claims was 11/16/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $55,663.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $19,913.99 as interim compensation and now requests the sum of $0.00, for a total compensation of $19,913.99.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/26/2012        By: /s/ BERNARD J. NATALE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72088  
**Case Name:** FLOOD, PATRICIA M.  

**Period Ending:** 06/26/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 05/20/09 (f)  
**§341(a) Meeting Date:** 06/25/09  
**Claims Bar Date:** 09/09/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7426 Ashton Villa, Rockford, IL<br>　Order Entered on 11/16/09 to Abandon. | 150,000.00 | 5,000.00 | OA | 0.00 | FA |
| 2 | 10042 Bitterroot Road 10058 Bitterroot Road, Ros | 550,000.00 | 55,000.00 | | 430,000.00 | FA |
| 3 | 2166 Granchester 7306 Ashton Villa, Rockford, IL<br>　Order Enteted on 11/16/09 to Abandon. | 340,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2875 English Lane, Rockford, IL | 350,000.00 | 0.00 | | 286,000.00 | FA |
| 5 | 4324 Lori Drive, Rockford, IL - 7 family | 400,000.00 | 33,000.00 | | 335,000.00 | FA |
| 6 | 3512 Pleasant Valley, Rockford, IL<br>　Order Entered on 11/16/09 to Abandon. | 140,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | 8525 Rote Road<br>　Order Entered 11/16/09 to Abandon. | 330,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 7874 Shore Acres, Lake Mills, WI<br>　Order entered 11/03/10 to abandon property | 800,000.00 | 317,000.00 | OA | 0.00 | FA |
| 9 | 913 Ramona Terrace plus adjacent vaca, Machesney<br>　Order Entered 11/16/09 to Abandon. | 110,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | 7406 Ashton Villa, Rockford, IL<br>　Order Entered 3/17/10 to Abandon Property | 155,000.00 | 54,000.00 | OA | 0.00 | FA |
| 11 | 7414 Ashton Villa, Rockford, IL<br>　Order entered on 5/24/10 to abandon property. | 174,000.00 | 71,000.00 | OA | 0.00 | FA |
| 12 | 6346 Graydon Road | 20,000.00 | 10,800.00 | | 7,000.00 | FA |
| 13 | cash | 50.00 | 50.00 | DA | 0.00 | FA |
| 14 | checking - Chase | 9,073.00 | 5,073.00 | | 5,000.00 | FA |
| 15 | savings account Postal Credit Union | 16.00 | 16.00 | DA | 0.00 | FA |
| 16 | misc. household goods and furnishings | 1,300.00 | 450.00 | DA | 0.00 | FA |
| 17 | clothing | 300.00 | 300.00 | DA | 0.00 | FA |
| 18 | diamonds - wedding ring set | 2,000.00 | 2,000.00 | | 2,125.00 | FA |
| 19 | IRA Annuity | 57,358.29 | 1,358.29 | DA | 0.00 | FA |
| 20 | Rosecrance Retirement Fund | 11,679.00 | 11,679.00 | DA | 0.00 | FA |
| 21 | IRA | 65,059.00 | 0.00 | DA | 0.00 | FA |
| 22 | Roth IRA | 6,752.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72088  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** FLOOD, PATRICIA M.  **Filed (f) or Converted (c):** 05/20/09 (f)
 **§341(a) Meeting Date:** 06/25/09
**Period Ending:** 06/26/12  **Claims Bar Date:** 09/09/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23 | 403(b) | 19,792.39 | 19,792.39 | DA | 0.00 | FA |
| 24 | Carl Flood - promissory note<br>    Credit received per order entered  June 22, 2011 | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 25 | 2000 Lexus | 4,000.00 | 750.00 | DA | 0.00 | FA |
| 26 | 1997 Mariah (Boat) | 2,000.00 | 1,000.00 | DA | 0.00 | FA |
| 27 | 2 Sea Doos | 2,000.00 | 1,000.00 | DA | 0.00 | FA |
| 28 | Post-Petition Rent - 7414 Ashton Villa  (u) | 0.00 | 3,904.94 | | 12,604.94 | FA |
| 29 | 2010 Federal Tax Refund  (u) | 0.00 | 2,640.00 | | 2,653.23 | FA |
| 30 | Ill State Refund  (u)<br>    Tax Refund from Period Ending 2009 | 0.00 | 33.98 | | 33.98 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 53.19 | FA |
| 31 | **Assets    Totals** (Excluding unknown values) | **$3,705,379.68** | **$600,847.60** | | **$1,080,470.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

 TRUSTEE TO RECEIVE TAX REFUND.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2010     **Current Projected Date Of Final Report (TFR):**     April 16, 2012  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-72088  
**Case Name:** FLOOD, PATRICIA M.

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****07-65 - Money Market Account

**Taxpayer ID #:** **-***7821  
**Period Ending:** 06/26/12

**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/01/09 | {28} | PATRICIA FLOOD | JUNE - AUGUST 2009 RENT FROM 7414 ASHTON VILLA | | 1222-000 | 3,904.94 | | 3,904.94 |
| 09/22/09 | {28} | Hachi Hachi Japanese Express, Inc | September Rent for 7414 Ashton Villa | | 1222-000 | 1,300.00 | | 5,204.94 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.16 | | 5,205.10 |
| 10/06/09 | | Title Underwriters | Graydon Road | | | 3,970.96 | | 9,176.06 |
| | {12} | | Sale of 6346 Graydon Road, Rockford | 7,000.00 | 1110-000 | | | 9,176.06 |
| | | | Realtors Commission | -490.00 | 3510-000 | | | 9,176.06 |
| | | | Closing Costs & Fees | -248.00 | 3510-000 | | | 9,176.06 |
| | | | County and State Real Estate Tax Stamps | -10.50 | 2820-000 | | | 9,176.06 |
| | | | 2008, 2009 Property Taxes and Redeem 2007 Taxes | -2,280.54 | 2820-000 | | | 9,176.06 |
| 10/06/09 | | Title Underwriters | 10058 Bitterroot | | | 6,250.00 | | 15,426.06 |
| | {2} | | Sale of 10058 Bitterroot Road | 255,000.00 | 1110-000 | | | 15,426.06 |
| | | | Commission to Realtors | -15,300.00 | 3510-000 | | | 15,426.06 |
| | | | Closing Costs & Expenses | -1,107.03 | 2500-000 | | | 15,426.06 |
| | | | County & State R E Tax Stamps | -382.50 | 2820-000 | | | 15,426.06 |
| | | | 2009 County Property Taxes | -5,941.19 | 2820-000 | | | 15,426.06 |
| | | | Pay off 1st Mortgage Midwest Comm Bank | -74,716.65 | 4110-000 | | | 15,426.06 |
| | | | Pay off to Amcore Bank, NA | -151,302.63 | 4110-000 | | | 15,426.06 |
| 10/06/09 | | Title Underwriters | 10042 Bitterroot Road | | | 6,250.00 | | 21,676.06 |
| | {2} | | 10042 Bitterroot Road, Roscoe IL | 175,000.00 | 1110-000 | | | 21,676.06 |
| | | | Realtors Commission | -10,500.00 | 3510-000 | | | 21,676.06 |
| | | | Costs and Expenses for Closing | -982.23 | 2500-000 | | | 21,676.06 |
| | | | County & State R E Tax Stamps | -262.50 | 2820-000 | | | 21,676.06 |
| | | | 2008, 2009 County Property Taxes and | -12,669.04 | 2820-000 | | | 21,676.06 |

Subtotals :    $21,676.06    $0.00

{} Asset reference(s)

Printed: 06/26/2012 09:56 AM    V.13.02

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-72088  
**Case Name:** FLOOD, PATRICIA M.  
**Taxpayer ID #:** \*\*-\*\*\*7821  
**Period Ending:** 06/26/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*07-65 - Money Market Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Redemption of 2007 Taxes | | | | | |
| | | | Amcore Bank NA | -144,336.23 | 4110-000 | | | 21,676.06 |
| 10/17/09 | | Title Underwriters | Sale of Property located at 2875 English Lane | | | 10,000.00 | | 31,676.06 |
| | {4} | Robert & Penny Nunez | Sale of Property located at 2875 English Lane | 286,000.00 | 1110-000 | | | 31,676.06 |
| | | | Commissions to Realtors | -20,020.00 | 3510-000 | | | 31,676.06 |
| | | | Closing Costs inc Title Ins, Water bill, Sanitary Bill, Clear Water Cert, etc. | -1,095.15 | 2500-000 | | | 31,676.06 |
| | | | County and State Tax Stamps | -429.00 | 2820-000 | | | 31,676.06 |
| | | | Pay off of 1st Mortgage to Midwest Comm Bank | -247,856.92 | 4110-000 | | | 31,676.06 |
| | | | Pymt of 2009 Property Taxes | -6,598.93 | 2820-000 | | | 31,676.06 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.86 | | 31,676.92 |
| 11/02/09 | | Title Underwriters Agency | Sale of 4324 Lori Drive, Rockford, IL | | | 15,000.00 | | 46,676.92 |
| | {5} | | Sale of Real Estate - 4324 Lori Drive | 335,000.00 | 1110-000 | | | 46,676.92 |
| | | | Commission of Realtors 6% | -20,100.00 | 3510-000 | | | 46,676.92 |
| | | | Title Charges | -908.00 | 2500-000 | | | 46,676.92 |
| | | | Recording Fees & County & State Transfer Stamps | -538.25 | 2820-000 | | | 46,676.92 |
| | | | Additional Settlement Charges | -566.87 | 2500-000 | | | 46,676.92 |
| | | | 2009 County Property Tax | -10,996.33 | 2820-000 | | | 46,676.92 |
| | | | Pay-off First Mortgage of Midwest Comm. Bank | -286,890.55 | 4110-000 | | | 46,676.92 |
| 11/09/09 | {14} | Patricia M. McCarren (fka Flood) | Payment of Money from Checking Account | | 1129-000 | 5,000.00 | | 51,676.92 |
| 11/13/09 | | To Account #\*\*\*\*\*\*\*\*0766 | TO PAY MISCELLANEOUS BILLS | | 9999-000 | | 1,500.00 | 50,176.92 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.97 | | 50,178.89 |
| 12/08/09 | {28} | Hachi Hachi Japanese Express, Inc. | Dec. Rent-7414 Ashton Villa | | 1222-000 | 1,300.00 | | 51,478.89 |
| 12/18/09 | {28} | Hachi Hachi Japanese Express, Inc. | Nov. Rent-7414 Ashton Villa | | 1222-000 | 1,200.00 | | 52,678.89 |

Subtotals :   $32,502.83   $1,500.00

{} Asset reference(s)

Printed: 06/26/2012 09:56 AM   V.13.02

Exhibit B

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| **Case Number:** | 09-72088 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | FLOOD, PATRICIA M. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | \*\*\*-\*\*\*\*\*07-65 - Money Market Account |
| **Taxpayer ID #:** | \*\*-\*\*\*7821 | | **Blanket Bond:** | $606,000.00   (per case limit) |
| **Period Ending:** | 06/26/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.17 | | 52,681.06 |
| 01/08/10 | {28} | Hachi Hachi Japanese Express | Jan. 2010 Rent - 7414 Ashton Villa | 1222-000 | 1,300.00 | | 53,981.06 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.11 | | 53,983.17 |
| 02/04/10 | {28} | Hachi Hachi Japanese Express | 1/2 Feb. 2010 Rent - 7414 Ashton Villa | 1222-000 | 650.00 | | 54,633.17 |
| 02/08/10 | {18} | Roger Berry | 1.55 CT Marquis Wedding Ring Set | 1129-000 | 2,125.00 | | 56,758.17 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.12 | | 56,760.29 |
| 03/08/10 | {28} | Hachi Hachi Japanese Express | Balance of Feb. 2010 rent | 1222-000 | 250.00 | | 57,010.29 |
| 03/08/10 | {28} | Hachi Hachi Japanese Express | March 2010 Rent - 7414 Ashton Villa | 1222-000 | 900.00 | | 57,910.29 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.58 | | 57,912.87 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.39 | | 57,913.26 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*0765 | Wire out to BNYM account 9200\*\*\*\*\*\*0765 | 9999-000 | -57,913.26 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,500.00 | 1,500.00 | $0.00 |
| | | | Less: Bank Transfers | | -57,913.26 | 1,500.00 | |
| | | | **Subtotal** | | 59,413.26 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$59,413.26** | **$0.00** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-72088 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | FLOOD, PATRICIA M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****07-66 - Checking Account |
| Taxpayer ID #: | **-***7821 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 06/26/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/13/09 | | From Account #********0765 | TO PAY MISCELLANEOUS BILLS | 9999-000 | 1,500.00 | | 1,500.00 |
| 11/13/09 | 101 | RRWRD | Ref # 0907587YR | 2420-000 | | 88.33 | 1,411.67 |
| 11/13/09 | 102 | CITY OF LAKE MILLS | Ref # 015-00004131-27 | 2420-000 | | 157.23 | 1,254.44 |
| 11/13/09 | 103 | CITY OF ROCKFORD | Ref # 090758735 | 2420-000 | | 199.77 | 1,054.67 |
| 01/08/10 | 104 | Payment Center | Ref # 84957/62901812 | 2420-000 | | 45.58 | 1,009.09 |
| 02/04/10 | 105 | City of Lake Mills | Ref # 015-0004131-27 | 2420-000 | | 408.43 | 600.66 |
| 02/04/10 | 106 | Payment Center | Ref # 62955812 | 2420-000 | | 62.45 | 538.21 |
| 02/18/10 | 107 | RRWRD | Ref # 0907587YR - 100809-011210 | 2420-000 | | 92.14 | 446.07 |
| 02/18/10 | 108 | Payment Center | Ref # 63010771/84957 | 2420-000 | | 65.52 | 380.55 |
| 03/08/10 | 109 | Payment Center | Ref # 63064703 | 2420-000 | | 47.56 | 332.99 |
| 03/08/10 | 110 | City of Lake Mills | Ref # 015-00004131-27  FEB 10 | 2420-000 | | 114.20 | 218.79 |
| 03/23/10 | 111 | We Energies | Ref # 5816-021-230 | 2420-000 | | 124.81 | 93.98 |
| 04/06/10 | | Wire out to BNYM account 9200******0766 | Wire out to BNYM account 9200******0766 | 9999-000 | -93.98 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,406.02 | 1,406.02 | $0.00 |
| | | | Less: Bank Transfers | | 1,406.02 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **1,406.02** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,406.02** | |

{} Asset reference(s)

Printed: 06/26/2012 09:56 AM    V.13.02

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-72088 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | FLOOD, PATRICIA M. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******07-19 - Checking Account |
| Taxpayer ID #: | **-***7821 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 06/26/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/13/10 | | FUNDING ACCOUNT: 9200******0765 | | 9999-000 | 50,000.00 | | 50,000.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.49 | | 50,003.49 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 6.37 | | 50,009.86 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 6.16 | | 50,016.02 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 6.38 | | 50,022.40 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 6.36 | | 50,028.76 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.23 | | 50,029.99 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 50,031.26 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.23 | | 50,032.49 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 50,033.76 |
| 01/18/11 | | Transfer | Transfer to DDA | 9999-000 | | 2,500.00 | 47,533.76 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.88 | | 47,534.64 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 47,535.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,535.40 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 47,535.79 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,536.19 |
| 06/22/11 | | To Account #9200******0766 | To Pay Interim Atty Fees & Non-Wage Garnishment of C Flood | 9999-000 | | 24,000.00 | 23,536.19 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 23,536.51 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,536.70 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.14 | 23,491.56 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,491.75 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.72 | 23,437.03 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.61 | 23,438.64 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,438.83 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.16 | 23,390.67 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,390.86 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.46 | 23,344.40 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,344.59 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.17 | 23,293.42 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,293.61 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.86 | 23,245.75 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,245.94 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.81 | 23,195.13 |
| 02/02/12 | | To Account #9200******0766 | Transfer to combine accounts | 9999-000 | | 23,195.13 | 0.00 |

Subtotals :    $50,037.84    $50,037.84

{} Asset reference(s)

Printed: 06/26/2012 09:56 AM    V.13.02

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| **Case Number:** | 09-72088 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | FLOOD, PATRICIA M. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******07-19 - Checking Account |
| **Taxpayer ID #:** | **-***7821 | | **Blanket Bond:** | $606,000.00 (per case limit) |
| **Period Ending:** | 06/26/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **50,037.84** | **50,037.84** | **$0.00** |
| | | | Less: Bank Transfers | | 50,000.00 | 49,695.13 | |
| | | | **Subtotal** | | **37.84** | **342.71** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37.84** | **$342.71** | |

{} Asset reference(s)                                                                      Printed: 06/26/2012 09:56 AM    V.13.02

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 09-72088  
**Case Name:** FLOOD, PATRICIA M.  

**Taxpayer ID #:** **-***7821  
**Period Ending:** 06/26/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******07-65 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0765 | Wire in from JPMorgan Chase Bank, N.A. account ********0765 | 9999-000 | 57,913.26 | | 57,913.26 |
| 04/13/10 | | ACCOUNT FUNDED: 9200******0719 | | 9999-000 | | 50,000.00 | 7,913.26 |
| 04/27/10 | {28} | Hachi Hachi Japanexe Express | April 2010 Rent | 1222-000 | 900.00 | | 8,813.26 |
| 04/27/10 | | To Account #9200******0766 | Transfer to Pay Utilities | 9999-000 | | 500.00 | 8,313.26 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.81 | | 8,314.07 |
| 05/18/10 | {28} | Hachi Hachi Japanese Express | May 2010 Rent | 1222-000 | 900.00 | | 9,214.07 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.52 | | 9,214.59 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 9,215.12 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.54 | | 9,215.66 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.55 | | 9,216.21 |
| 09/08/10 | | To Account #9200******0766 | Transfer to Pay 09 Taxes | 9999-000 | | 6,000.00 | 3,216.21 |
| 09/16/10 | | To Account #9200******0766 | Tfr for Final Utilities Bill | 9999-000 | | 300.00 | 2,916.21 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 2,916.24 |
| 10/19/10 | | To Account #9200******0766 | Transfer to pay Accountant | 9999-000 | | 2,800.00 | 116.24 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 116.25 |
| 11/08/10 | | To Account #9200******0766 | | 9999-000 | | 14.00 | 102.25 |
| 12/21/10 | | WE Energies | Refund on Utilities | 1290-002 | 5.29 | | 107.54 |
| 02/02/12 | | To Account #9200******0766 | Transfer to combine accounts | 9999-000 | | 107.54 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **59,721.54** | **59,721.54** | **$0.00** |
| | | | Less: Bank Transfers | | 57,913.26 | 59,721.54 | |
| | | | **Subtotal** | | **1,808.28** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,808.28** | **$0.00** | |

{} Asset reference(s)

Printed: 06/26/2012 09:56 AM   V.13.02

Exhibit B

# FORM 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 09-72088
**Case Name:** FLOOD, PATRICIA M.
**Taxpayer ID #:** **-***7821
**Period Ending:** 06/26/12

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******07-66 - Checking Account
**Blanket Bond:** $606,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0766 | Wire in from JPMorgan Chase Bank, N.A. account ********0766 | 9999-000 | 93.98 | | 93.98 |
| 04/12/10 | 10112 | Payment Center | Ref # 63118664/090758735 | 7100-000 | | 33.22 | 60.76 |
| 04/12/10 | 10113 | City of Lake Mills | Ref # 015-00004131-27 | 7100-000 | | 43.94 | 16.82 |
| 04/27/10 | | From Account #9200******0765 | Transfer to Pay Utilities | 9999-000 | 500.00 | | 516.82 |
| 04/27/10 | 10114 | WE Energies | Ref # 1524930/5816-021-230 | 2420-000 | | 53.65 | 463.17 |
| 05/27/10 | 10115 | Payment Center | Ref # 63173599 | 2420-000 | | 29.12 | 434.05 |
| 05/27/10 | 10116 | RRWRD | Ref # 090758YR01/12/10-04/08/10 | 2420-000 | | 38.00 | 396.05 |
| 05/27/10 | 10117 | City of Lake Mills | Ref # 015-00004131-27 | 2410-000 | | 60.43 | 335.62 |
| 05/27/10 | 10118 | WE Energies | Ref # 5816-021-230 | 2420-000 | | 48.75 | 286.87 |
| 06/03/10 | 10119 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-72088, BOND #016018067 | 2300-000 | | 47.00 | 239.87 |
| 06/14/10 | 10120 | CITY OF LAKE MILLS | Ref # 04/19/10-05/18/10   ACCT NO 015-00004131-27 | 2420-000 | | 70.59 | 169.28 |
| 06/14/10 | 10121 | Payment Center | Ref # 63227737/090758735   CUSTOMER #84957 | 2420-000 | | 29.12 | 140.16 |
| 07/08/10 | 10122 | City of Lake Mills Light & Water Dept | Ref # 06/10  #015-00004131-27 | 2420-000 | | 73.89 | 66.27 |
| 07/08/10 | 10123 | WE Energies | Ref # 0512-061110 #5816021230 | 2420-000 | | 9.91 | 56.36 |
| 09/08/10 | | From Account #9200******0765 | Transfer to Pay 09 Taxes | 9999-000 | 6,000.00 | | 6,056.36 |
| 09/08/10 | 10124 | Dept of Treasury | Ref # 54-6857821   2009 Income Tax for Bankruptcy Estate | 2810-000 | | 2,619.00 | 3,437.36 |
| 09/08/10 | 10125 | Illinois Department of Revenue | Ref # 54-6857821   2009 State Income Tax for Bankruptcy Estate | 2820-000 | | 1,926.00 | 1,511.36 |
| 09/08/10 | 10126 | Dept of Treasury | Ref # 54-6857821   3rd Qtr Est Pymt for 2010 Taxes for Bankruptcy Estate | 2810-000 | | 1,320.00 | 191.36 |
| 09/16/10 | | From Account #9200******0765 | Tfr for Final Utilities Bill | 9999-000 | 300.00 | | 491.36 |
| 09/16/10 | 10127 | CITY OF LAKE MILLS LIGHT & WATER | Ref # 015-00004131-27 | 2420-000 | | 198.45 | 292.91 |
| 09/16/10 | 10128 | WE ENERGEIES | Ref # 5816021230 6/11 - 8/11/10 | 2420-000 | | 38.25 | 254.66 |
| 10/07/10 | 10129 | Barry Luce | Ref # LOCKSMITH - 22873 | 2420-000 | | 79.12 | 175.54 |
| 10/19/10 | | From Account #9200******0765 | Transfer to pay Accountant | 9999-000 | 2,800.00 | | 2,975.54 |
| 10/19/10 | 10130 | Illinois Department of Revenue | Ref # 02532-07456/54-6857821 | 2820-000 | | 35.32 | 2,940.22 |
| 10/19/10 | 10131 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Ref # INV 349640/R05762.0 | 3410-000 | | 2,876.00 | 64.22 |
| 11/08/10 | | From Account #9200******0765 | | 9999-000 | 14.00 | | 78.22 |
| 11/08/10 | 10132 | Internal Revenue Service | Ref # PEN & INT FOR 12/31/09  FEIN 54-6857821 | 2810-000 | | 78.22 | 0.00 |

Subtotals: $9,707.98   $9,707.98

{} Asset reference(s)

Printed: 06/26/2012 09:56 AM   V.13.02

## FORM 2
### Cash Receipts And Disbursements Record

Page: 9

| Case Number: | 09-72088 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | FLOOD, PATRICIA M. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******07-66 - Checking Account |
| Taxpayer ID #: | **-***7821 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 06/26/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/11 | | Transfer | Tranfer received from TIA | 9999-000 | 2,500.00 | | 2,500.00 |
| 01/18/11 | 10133 | United States Treasury | Ref # 54-6857821    4th Qtr Estimated Tax Payment | 2810-000 | | 1,320.00 | 1,180.00 |
| 06/02/11 | 10134 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #09-72088, BOND #016018067 | 2300-000 | | 46.18 | 1,133.82 |
| 06/22/11 | | From Account #9200******0719 | To Pay Interim Atty Fees & Non-Wage Garnishment of C Flood | 9999-000 | 24,000.00 | | 25,133.82 |
| 06/23/11 | 10135 | BERNARD J. NATALE, LTD. | Ref # INTERIM FEES - C FLOOD | 3110-000 | | 16,176.50 | 8,957.32 |
| 06/23/11 | 10136 | Midwest Community Bank | Ref # NON WAGE GARNISH | 5900-000 | | 7,274.33 | 1,682.99 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.23 | 1,679.76 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,654.76 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,629.76 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,604.76 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,579.76 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,554.76 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,529.76 |
| 02/02/12 | | From Account #9200******0765 | Transfer to combine accounts | 9999-000 | 107.54 | | 1,637.30 |
| 02/02/12 | | From Account #9200******0719 | Transfer to combine accounts | 9999-000 | 23,195.13 | | 24,832.43 |
| 02/09/12 | 10137 | WipFli LLP | Pymt of Invoice 628272 | 3420-000 | | 1,158.00 | 23,674.43 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.89 | 23,629.54 |
| 03/27/12 | {29} | Internal Revenue Service | Payment of 2010 Income Tax Refund | 1224-000 | 2,653.23 | | 26,282.77 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.78 | 26,233.99 |
| 05/17/12 | 10138 | BERNARD J. NATALE | Dividend paid 100.00% on $19,913.99, Trustee Compensation;  Reference: | 2100-000 | | 19,913.99 | 6,320.00 |
| 05/17/12 | 10139 | Custom Cabinetry | Distribution paid 22.20% on $670.00; Claim# 1; Filed: $670.00; Reference: | 7100-000 | | 148.79 | 6,171.21 |
| 05/17/12 | 10140 | Chase Bank USA | Distribution paid 22.20% on $5,649.65; Claim# 2; Filed: $5,649.65; Reference: | 7100-000 | | 1,254.64 | 4,916.57 |
| 05/17/12 | 10141 | Commonwealth Edison | Distribution paid 22.20% on $168.73; Claim# 3; Filed: $168.73; Reference: | 7100-000 | | 37.47 | 4,879.10 |
| 05/17/12 | 10142 | Southwood Property Mgmt & Realty LLC | Distribution paid 22.20% on $1,959.71; Claim# 4; Filed: $1,959.71; Reference: | 7100-000 | | 435.20 | 4,443.90 |
| 05/17/12 | 10143 | Verizon Wireless | Distribution paid 22.20% on $215.39; Claim# 5; Filed: $215.39; Reference: | 7100-000 | | 47.83 | 4,396.07 |
| 05/17/12 | 10144 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 4,396.07 | 0.00 |
| | | | Dividend paid 100.00%   3,995.06 on $3,995.06;  Claim# | 3110-000 | | | 0.00 |

Subtotals :  $52,455.90   $52,455.90

{} Asset reference(s)    Printed: 06/26/2012 09:56 AM    V.13.02

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

**Case Number:** 09-72088  
**Case Name:** FLOOD, PATRICIA M.  

**Taxpayer ID #:** **-***7821  
**Period Ending:** 06/26/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******07-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ATTY; Filed: $10,071.50 | | | | |
| | | | Dividend paid 100.00% on $401.01; Claim# 401.01 EXP; Filed: $401.01 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 62,163.88 | 62,163.88 | $0.00 |
| | | | Less: Bank Transfers | | 59,510.65 | 0.00 | |
| | | | **Subtotal** | | 2,653.23 | 62,163.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,653.23** | **$62,163.88** | |

{} Asset reference(s)

Printed: 06/26/2012 09:56 AM   V.13.02

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 11

| **Case Number:** | 09-72088 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | FLOOD, PATRICIA M. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******07-67 - Checking Account |
| **Taxpayer ID #:** | **-***7821 | | **Blanket Bond:** | $606,000.00   (per case limit) |
| **Period Ending:** | 06/26/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/12 | {30} | State Of Illinois | Refund for Tax Period ending 2009 | 1224-000 | 33.98 | | 33.98 |
| | | | **ACCOUNT TOTALS** | | 33.98 | 0.00 | $33.98 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 33.98 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$33.98** | **$0.00** | |

| | |
|---:|---:|
| Net Receipts : | 63,946.59 |
| Plus Gross Adjustments : | 1,016,529.04 |
| Less Other Noncompensable Items : | 5.29 |
| Net Estate : | $1,080,470.34 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **MMA # ***-*****07-65** | 59,413.26 | 0.00 | 0.00 |
| **Checking # ***-*****07-66** | 0.00 | 1,406.02 | 0.00 |
| **Checking # 9200-******07-19** | 37.84 | 342.71 | 0.00 |
| **Checking # 9200-******07-65** | 1,808.28 | 0.00 | 0.00 |
| **Checking # 9200-******07-66** | 2,653.23 | 62,163.88 | 0.00 |
| **Checking # 9200-******07-67** | 33.98 | 0.00 | 33.98 |
| | $63,946.59 | $63,912.61 | $33.98 |

# Claims Proposed Distribution

## Case:   09-72088   FLOOD, PATRICIA M.

Report Includes ONLY Claims with a Proposed Distribution

| **Case Balance:** | $33.98 | **Total Proposed Payment:** | $33.98 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | Custom Cabinetry | Unsecured | 670.00 | 670.00 | 148.79 | 521.21 | 2.64 | 31.34 |
| 2 | Chase Bank USA | Unsecured | 5,649.65 | 5,649.65 | 1,254.64 | 4,395.01 | 22.15 | 9.19 |
| 3 | Commonwealth Edison | Unsecured | 168.73 | 168.73 | 37.47 | 131.26 | 0.66 | 8.53 |
| 4 | Southwood Property Mgmt & Realty LLC | Unsecured | 1,959.71 | 1,959.71 | 435.20 | 1,524.51 | 7.68 | 0.85 |
| 5 | Verizon Wireless | Unsecured | 215.39 | 215.39 | 47.83 | 167.56 | 0.85 | 0.00 |
| | **Total for Case 09-72088 :** | | **$8,663.48** | **$8,663.48** | **$1,923.93** | **$6,739.55** | **$33.98** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Unsecured Claims :** | $8,663.48 | $8,663.48 | $1,923.93 | $33.98 | 22.599579% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-72088
Case Name: FLOOD, PATRICIA M.
Trustee Name: BERNARD J. NATALE

**Balance on hand:** $ 33.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Amcore Bank NA | 315,408.76 | 315,408.76 | 0.00 | 0.00 |
| 7 | Midwest Bank | 288,006.59 | 288,006.59 | 0.00 | 0.00 |
| 8 | Midwest Bank | 81,328.12 | 81,328.12 | 0.00 | 0.00 |
| 9 | Midwest Bank | 68,985.03 | 68,985.03 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 33.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for chapter 7 administration expenses: $ 0.00
Remaining balance: $ 33.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 33.98

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,274.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| CFLOOD | Midwest Community Bank | 7,274.33 | 7,274.33 | 0.00 |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 33.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,740.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Custom Cabinetry | 670.00 | 148.79 | 2.64 |
| 2 | Chase Bank USA | 5,649.65 | 1,254.64 | 22.15 |
| 3 | Commonwealth Edison | 168.73 | 37.47 | 0.66 |
| 4 | Southwood Property Mgmt & Realty LLC | 1,959.71 | 435.20 | 7.68 |
| 5 | Verizon Wireless | 215.39 | 47.83 | 0.85 |
| LKMILLS | City of Lake Mills | 43.94 | 43.94 | 0.00 |
| RKFCITY | Payment Center | 33.22 | 33.22 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ | 33.98 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**