UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HONORABLE MANUEL BARBOSA           Hearing Date: 7-25-2012

Bankruptcy Case No. 09-72088        Adversary No. _____

Title of Cause: Patricia M. Flood

Brief Statement
of Motion: Amended Trustee's Final Report

Name and Addresses
of moving counsel: Bernard J. Natale

Representing: Trustee

## ORDER

Trustee's Amended Final Report is hereby approved

JUL 25 2012