# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: FLOOD, PATRICIA M. | § | Case No. 09-72088 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,374,306.68
*(without deducting any secured claims)*

Assets Exempt:  $149,211.00

Total Distribution to Claimants: $914,412.38

Claims Discharged
Without Payment: $171,389.47

Total Expenses of Administration: $166,063.25

3)  Total gross receipts of $ 1,080,475.63  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $1,080,475.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,456,000.00 | $1,658,831.48 | $1,658,831.48 | $905,102.98 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 207,888.79 | 166,063.25 | 166,063.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 190,215.92 | 7,274.33 | 7,274.33 | 7,274.33 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 35,355.70 | 8,740.64 | 8,740.64 | 2,035.07 |
| **TOTAL DISBURSEMENTS** | $2,681,571.62 | $1,882,735.24 | $1,840,909.70 | $1,080,475.63 |

4) This case was originally filed under Chapter 7 on May 20, 2009. The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _11/29/2012_____ By:_ /s/BERNARD J. NATALE_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund on Utilities | 1290-002 | 5.29 |
| 10042 Bitterroot Road 10058 Bitterroot Road, Ros | 1110-000 | 430,000.00 |
| 2875 English Lane, Rockford, IL | 1110-000 | 286,000.00 |
| 4324 Lori Drive, Rockford, IL - 7 family | 1110-000 | 335,000.00 |
| 6346 Graydon Road | 1110-000 | 7,000.00 |
| checking - Chase | 1129-000 | 5,000.00 |
| diamonds - wedding ring set | 1129-000 | 2,125.00 |
| Post-Petition Rent - 7414 Ashton Villa | 1222-000 | 12,604.94 |
| 2010 Federal Tax Refund | 1224-000 | 2,653.23 |
| Ill State Refund | 1224-000 | 33.98 |
| Interest Income | 1270-000 | 53.19 |
| **TOTAL GROSS RECEIPTS** | | $1,080,475.63 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Amcore Bank NA | 4110-000 | 300,000.00 | 315,408.76 | 315,408.76 | 0.00 |
| 7 | Midwest Bank | 4110-000 | 290,000.00 | 288,006.59 | 288,006.59 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 8 | Midwest Bank | 4110-000 | 117,000.00 | 81,328.12 | 81,328.12 | 0.00 |
| 9 | Midwest Bank | 4110-000 | 282,000.00 | 68,985.03 | 68,985.03 | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 75,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 483,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 101,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 330,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 260,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 103,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 115,000.00 | N/A | N/A | 0.00 |
| | Title Underwriters | 4110-000 | N/A | 144,336.23 | 144,336.23 | 144,336.23 |
| | Title Underwriters | 4110-000 | N/A | 74,716.65 | 74,716.65 | 74,716.65 |
| | Title Underwriters | 4110-000 | N/A | 151,302.63 | 151,302.63 | 151,302.63 |
| | Title Underwriters | 4110-000 | N/A | 247,856.92 | 247,856.92 | 247,856.92 |
| | Title Underwriters Agency | 4110-000 | N/A | 286,890.55 | 286,890.55 | 286,890.55 |
| **TOTAL SECURED CLAIMS** | | | $2,456,000.00 | $1,658,831.48 | $1,658,831.48 | $905,102.98 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| We Energies | 2420-000 | N/A | 124.81 | 124.81 | 124.81 |
| WE Energies | 2420-000 | N/A | 53.65 | 53.65 | 53.65 |
| WE Energies | 2420-000 | N/A | 9.91 | 9.91 | 9.91 |
| WE Energies | 2420-000 | N/A | 48.75 | 48.75 | 48.75 |
| WE ENERGEIES | 2420-000 | N/A | 38.25 | 38.25 | 38.25 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 401.01 | 401.01 | 401.01 |
| LINDGREN CALLIHAN VAN OSDOL & CO LTD | 3410-000 | N/A | 2,876.00 | 2,876.00 | 2,876.00 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 16,176.50 | 16,176.50 | 16,176.50 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 10,071.50 | 3,995.06 | 3,995.06 |
| RRWRD | 2420-000 | N/A | 38.00 | 38.00 | 38.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 55,663.09 | 19,913.99 | 19,913.99 |
| Dept of Treasury | 2810-000 | N/A | 2,619.00 | 2,619.00 | 2,619.00 |
| Barry Luce | 2420-000 | N/A | 79.12 | 79.12 | 79.12 |
| RRWRD | 2420-000 | N/A | 92.14 | 92.14 | 92.14 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| RRWRD | 2420-000 | N/A | 88.33 | 88.33 | 88.33 |
| United States Treasury | 2810-000 | N/A | 1,320.00 | 1,320.00 | 1,320.00 |
| Internal Revenue Service | 2810-000 | N/A | 78.22 | 78.22 | 78.22 |
| Illinois Department of Revenue | 2820-000 | N/A | 1,926.00 | 1,926.00 | 1,926.00 |
| WipFli LLP | 3420-000 | N/A | 1,158.00 | 1,158.00 | 1,158.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 35.32 | 35.32 | 35.32 |
| City of Lake Mills | 2410-000 | N/A | 60.43 | 60.43 | 60.43 |
| City of Lake Mills | 2420-000 | N/A | 114.20 | 114.20 | 114.20 |
| CITY OF LAKE MILLS | 2420-000 | N/A | 70.59 | 70.59 | 70.59 |
| City of Lake Mills Light & Water Dept | 2420-000 | N/A | 73.89 | 73.89 | 73.89 |
| CITY OF LAKE MILLS | 2420-000 | N/A | 157.23 | 157.23 | 157.23 |
| City of Lake Mills | 2420-000 | N/A | 408.43 | 408.43 | 408.43 |
| CITY OF LAKE MILLS LIGHT & WATER | 2420-000 | N/A | 198.45 | 198.45 | 198.45 |
| Payment Center | 2420-000 | N/A | 47.56 | 47.56 | 47.56 |
| Payment Center | 2420-000 | N/A | 29.12 | 29.12 | 29.12 |
| Payment Center | 2420-000 | N/A | 29.12 | 29.12 | 29.12 |
| Payment Center | 2420-000 | N/A | 65.52 | 65.52 | 65.52 |
| Payment Center | 2420-000 | N/A | 45.58 | 45.58 | 45.58 |
| CITY OF ROCKFORD | 2420-000 | N/A | 199.77 | 199.77 | 199.77 |
| Payment Center | 2420-000 | N/A | 62.45 | 62.45 | 62.45 |
| Dept of Treasury | 2810-000 | N/A | 1,320.00 | 1,320.00 | 1,320.00 |
| Title Underwriters | 3510-000 | N/A | 490.00 | 490.00 | 490.00 |
| Title Underwriters | 3510-000 | N/A | 248.00 | 248.00 | 248.00 |
| Title Underwriters | 2820-000 | N/A | 10.50 | 10.50 | 10.50 |
| Title Underwriters | 2820-000 | N/A | 2,280.54 | 2,280.54 | 2,280.54 |
| Title Underwriters | 3510-000 | N/A | 10,500.00 | 10,500.00 | 10,500.00 |
| Title Underwriters | 2500-000 | N/A | 982.23 | 982.23 | 982.23 |
| Title Underwriters | 2820-000 | N/A | 262.50 | 262.50 | 262.50 |
| Title Underwriters | 2820-000 | N/A | 12,669.04 | 12,669.04 | 12,669.04 |
| Title Underwriters | 3510-000 | N/A | 15,300.00 | 15,300.00 | 15,300.00 |
| Title Underwriters | 2500-000 | N/A | 1,107.03 | 1,107.03 | 1,107.03 |
| Title Underwriters | 2820-000 | N/A | 382.50 | 382.50 | 382.50 |
| Title Underwriters | 2820-000 | N/A | 5,941.19 | 5,941.19 | 5,941.19 |
| Title Underwriters | 3510-000 | N/A | 20,020.00 | 20,020.00 | 20,020.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Title Underwriters | 2500-000 | N/A | 1,095.15 | 1,095.15 | 1,095.15 |
| Title Underwriters | 2820-000 | N/A | 429.00 | 429.00 | 429.00 |
| Title Underwriters | 2820-000 | N/A | 6,598.93 | 6,598.93 | 6,598.93 |
| Title Underwriters Agency | 3510-000 | N/A | 20,100.00 | 20,100.00 | 20,100.00 |
| Title Underwriters Agency | 2500-000 | N/A | 908.00 | 908.00 | 908.00 |
| Title Underwriters Agency | 2820-000 | N/A | 538.25 | 538.25 | 538.25 |
| Title Underwriters Agency | 2500-000 | N/A | 566.87 | 566.87 | 566.87 |
| Title Underwriters Agency | 2820-000 | N/A | 10,996.33 | 10,996.33 | 10,996.33 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 47.00 | 47.00 | 47.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 46.18 | 46.18 | 46.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 3.23 | 3.23 | 3.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.14 | 45.14 | 45.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.11 | 53.11 | 53.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.16 | 48.16 | 48.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.46 | 46.46 | 46.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.17 | 51.17 | 51.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.86 | 47.86 | 47.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.81 | 50.81 | 50.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.89 | 44.89 | 44.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.78 | 48.78 | 48.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $207,888.79 | $166,063.25 | $166,063.25 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| CFLOOD | Midwest Community Bank | 5900-000 | 50,000.00 | 7,274.33 | 7,274.33 | 7,274.33 |
| NOTFILED | Michael Menke | 5200-000 | 695.00 | N/A | N/A | 0.00 |
| NOTFILED | Scott Hargraves | 5200-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | Town of Lake Mills Sharon Guenterberg, Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Treasurer | 5200-000 | 57,008.96 | N/A | N/A | 0.00 |
| NOTFILED | John Jensen Jefferson County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Thurston Sandlin | 5200-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Nakia Johnson | 5200-000 | 625.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael and Emily Condina | 5200-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Treasurer | 5200-000 | 76,436.96 | N/A | N/A | 0.00 |
| NOTFILED | Sean Sullivan | 5200-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Chia Wen Feng | 5200-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeffrey Johnson | 5200-000 | 1,300.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $190,215.92 | $7,274.33 | $7,274.33 | $7,274.33 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Custom Cabinetry | 7100-000 | 670.00 | 670.00 | 670.00 | 151.43 |
| 2 | Chase Bank USA | 7100-000 | 5,610.65 | 5,649.65 | 5,649.65 | 1,276.79 |
| 3 | Commonwealth Edison | 7100-000 | N/A | 168.73 | 168.73 | 38.13 |
| 4 | Southwood Property Mgmt & Realty LLC | 7100-000 | 4,291.68 | 1,959.71 | 1,959.71 | 442.88 |
| 5 | Verizon Wireless | 7100-000 | 215.39 | 215.39 | 215.39 | 48.68 |
| LKMILLS | City of Lake Mills | 7100-000 | 100.00 | 43.94 | 43.94 | 43.94 |
| RKFCITY | Payment Center | 7100-000 | N/A | 33.22 | 33.22 | 33.22 |
| NOTFILED | North Park Water | 7100-000 | 105.58 | N/A | N/A | 0.00 |
| NOTFILED | Norstar Heating & Cooling | 7100-000 | 352.00 | N/A | N/A | 0.00 |
| NOTFILED | Ken's Appliance & Refrigeration | 7100-000 | 128.90 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | NICOR | 7100-000 | 783.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul Parmetier dba Running Wolf Rep | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Frinks Sewer & Drain | 7100-000 | 378.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Water Reclamation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Penny Stahl address unknown | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WE Energies | 7100-000 | 719.62 | N/A | N/A | 0.00 |
| NOTFILED | West Bend Insurance | 7100-000 | 625.38 | N/A | N/A | 0.00 |
| NOTFILED | Ted's Appliance Service | 7100-000 | 256.25 | N/A | N/A | 0.00 |
| NOTFILED | Stillman Valley Nursery | 7100-000 | 1,690.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct TV | 7100-000 | 182.90 | N/A | N/A | 0.00 |
| NOTFILED | Shawn Whalen | 7100-000 | 103.95 | N/A | N/A | 0.00 |
| NOTFILED | Rob's Performance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John Jensen Jefferson County Treasurer | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Town of Lake Mills Sharon Guenterberg, Treasurer | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase VISA Cardmember Service | 7100-000 | 18,007.40 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Brian Winker | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Axberg Heating | 7100-000 | 73.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Softener | 7100-000 | 173.70 | N/A | N/A | 0.00 |
| NOTFILED | D.L. Anderson Co. | 7100-000 | 388.30 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $35,355.70 | $8,740.64 | $8,740.64 | $2,035.07 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-72088 | Trustee: (330370) BERNARD J. NATALE |
| Case Name: FLOOD, PATRICIA M. | Filed (f) or Converted (c): 05/20/09 (f) |
| | §341(a) Meeting Date: 06/25/09 |
| Period Ending: 11/28/12 | Claims Bar Date: 09/09/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 7426 Ashton Villa, Rockford, IL  Order Entered on 11/16/09 to Abandon. | 150,000.00 | 5,000.00 | OA | 0.00 | FA |
| 2 | 10042 Bitterroot Road 10058 Bitterroot Road, Ros | 550,000.00 | 55,000.00 | | 430,000.00 | FA |
| 3 | 2166 Granchester 7306 Ashton Villa, Rockford, IL  Order Enteted on 11/16/09 to Abandon. | 340,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2875 English Lane, Rockford, IL | 350,000.00 | 0.00 | | 286,000.00 | FA |
| 5 | 4324 Lori Drive, Rockford, IL - 7 family | 400,000.00 | 33,000.00 | | 335,000.00 | FA |
| 6 | 3512 Pleasant Valley, Rockford, IL  Order Entered on 11/16/09 to Abandon. | 140,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | 8525 Rote Road  Order Entered 11/16/09 to Abandon. | 330,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 7874 Shore Acres, Lake Mills, WI  Order entered 11/03/10 to abandon property | 800,000.00 | 317,000.00 | OA | 0.00 | FA |
| 9 | 913 Ramona Terrace plus adjacent vaca, Machesney  Order Entered 11/16/09 to Abandon. | 110,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | 7406 Ashton Villa, Rockford, IL  Order Entered 3/17/10 to Abandon Property | 155,000.00 | 54,000.00 | OA | 0.00 | FA |
| 11 | 7414 Ashton Villa, Rockford, IL  Order entered on 5/24/10 to abandon property. | 174,000.00 | 71,000.00 | OA | 0.00 | FA |
| 12 | 6346 Graydon Road | 20,000.00 | 10,800.00 | | 7,000.00 | FA |
| 13 | cash | 50.00 | 50.00 | DA | 0.00 | FA |
| 14 | checking - Chase | 9,073.00 | 5,073.00 | | 5,000.00 | FA |
| 15 | savings account Postal Credit Union | 16.00 | 16.00 | DA | 0.00 | FA |
| 16 | misc. household goods and furnishings | 1,300.00 | 450.00 | DA | 0.00 | FA |
| 17 | clothing | 300.00 | 300.00 | DA | 0.00 | FA |
| 18 | diamonds - wedding ring set | 2,000.00 | 2,000.00 | | 2,125.00 | FA |
| 19 | IRA Annuity | 57,358.29 | 1,358.29 | DA | 0.00 | FA |
| 20 | Rosecrance Retirement Fund | 11,679.00 | 11,679.00 | DA | 0.00 | FA |
| 21 | IRA | 65,059.00 | 0.00 | DA | 0.00 | FA |
| 22 | Roth IRA | 6,752.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | | |
|---|---|---|
| Case Number: | 09-72088 | |
| Case Name: | FLOOD, PATRICIA M. | |
| | | |
| Period Ending: 11/28/12 | | |

| | |
|---|---|
| Trustee: | (330370)   BERNARD J. NATALE |
| Filed (f) or Converted (c): | 05/20/09 (f) |
| §341(a) Meeting Date: | 06/25/09 |
| Claims Bar Date: | 09/09/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23 | 403(b) | 19,792.39 | 19,792.39 | DA | 0.00 | FA |
| 24 | Carl Flood - promissory note    Credit received per order entered  June 22, 2011 | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 25 | 2000 Lexus | 4,000.00 | 750.00 | DA | 0.00 | FA |
| 26 | 1997 Mariah (Boat) | 2,000.00 | 1,000.00 | DA | 0.00 | FA |
| 27 | 2 Sea Doos | 2,000.00 | 1,000.00 | DA | 0.00 | FA |
| 28 | Post-Petition Rent - 7414 Ashton Villa  (u) | 0.00 | 3,904.94 | | 12,604.94 | FA |
| 29 | 2010 Federal Tax Refund  (u) | 0.00 | 2,640.00 | | 2,653.23 | FA |
| 30 | Ill State Refund  (u)    Tax Refund from Period Ending 2009 | 0.00 | 33.98 | | 33.98 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 53.19 | FA |
| 31 | **Assets    Totals** (Excluding unknown values) | **$3,705,379.68** | **$600,847.60** | | **$1,080,470.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE TO RECEIVE TAX REFUND.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2010 | **Current Projected Date Of Final Report (TFR):** | April 16, 2012  (Actual) |

Printed: 11/28/2012 11:41 AM   V.13.04

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-72088 |
| **Case Name:** | FLOOD, PATRICIA M. |
| **Taxpayer ID #:** | **-***7821 |
| **Period Ending:** | 11/28/12 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-****07-65 - Money Market Account |
| **Blanket Bond:** | $606,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/01/09 | {28} | PATRICIA FLOOD | JUNE - AUGUST 2009 RENT FROM 7414 ASHTON VILLA | | 1222-000 | 3,904.94 | | 3,904.94 |
| 09/22/09 | {28} | Hachi Hachi Japanese Express, Inc | September Rent for 7414 Ashton Villa | | 1222-000 | 1,300.00 | | 5,204.94 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.16 | | 5,205.10 |
| 10/06/09 | | Title Underwriters | Graydon Road | | | 3,970.96 | | 9,176.06 |
| | {12} | | Sale of 6346 Graydon Road, Rockford | 7,000.00 | 1110-000 | | | 9,176.06 |
| | | | Realtors Commission | -490.00 | 3510-000 | | | 9,176.06 |
| | | | Closing Costs & Fees | -248.00 | 3510-000 | | | 9,176.06 |
| | | | County and State Real Estate Tax Stamps | -10.50 | 2820-000 | | | 9,176.06 |
| | | | 2008, 2009 Property Taxes and Redeem 2007 Taxes | -2,280.54 | 2820-000 | | | 9,176.06 |
| 10/06/09 | | Title Underwriters | 10058 Bitterroot | | | 6,250.00 | | 15,426.06 |
| | {2} | | Sale of 10058 Bitterroot Road | 255,000.00 | 1110-000 | | | 15,426.06 |
| | | | Commission to Realtors | -15,300.00 | 3510-000 | | | 15,426.06 |
| | | | Closing Costs & Expenses | -1,107.03 | 2500-000 | | | 15,426.06 |
| | | | County & State R E Tax Stamps | -382.50 | 2820-000 | | | 15,426.06 |
| | | | 2009 County Property Taxes | -5,941.19 | 2820-000 | | | 15,426.06 |
| | | | Pay off 1st Mortgage Midwest Comm Bank | -74,716.65 | 4110-000 | | | 15,426.06 |
| | | | Pay off to Amcore Bank, NA | -151,302.63 | 4110-000 | | | 15,426.06 |
| 10/06/09 | | Title Underwriters | 10042 Bitterroot Road | | | 6,250.00 | | 21,676.06 |
| | {2} | | 10042 Bitterroot Road, Roscoe IL | 175,000.00 | 1110-000 | | | 21,676.06 |
| | | | Realtors Commission | -10,500.00 | 3510-000 | | | 21,676.06 |
| | | | Costs and Expenses for Closing | -982.23 | 2500-000 | | | 21,676.06 |
| | | | County & State R E Tax Stampts | -262.50 | 2820-000 | | | 21,676.06 |
| | | | 2008, 2009 County Property Taxes and | -12,669.04 | 2820-000 | | | 21,676.06 |

Subtotals :                $21,676.06        $0.00

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-72088 | |
| Case Name: | FLOOD, PATRICIA M. | |
| Taxpayer ID #: | **-***7821 | |
| Period Ending: | 11/28/12 | |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-****07-65 - Money Market Account |
| Blanket Bond: | $606,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Redemption of 2007 Taxes | | | | | |
| | | | Amcore Bank NA | -144,336.23 | 4110-000 | | | 21,676.06 |
| 10/17/09 | | Title Underwriters | Sale of Property located at 2875 English Lane | | | 10,000.00 | | 31,676.06 |
| | {4} | Robert & Penny Nunez | Sale of Property located at 2875 English Lane | 286,000.00 | 1110-000 | | | 31,676.06 |
| | | | Commissions to Realtors | -20,020.00 | 3510-000 | | | 31,676.06 |
| | | | Closing Costs inc Title Ins, Water bill, Sanitary Bill, Clear Water Cert, etc. | -1,095.15 | 2500-000 | | | 31,676.06 |
| | | | County and State Tax Stamps | -429.00 | 2820-000 | | | 31,676.06 |
| | | | Pay off of 1st Mortgage to Midwest Comm Bank | -247,856.92 | 4110-000 | | | 31,676.06 |
| | | | Pymt of 2009 Property Taxes | -6,598.93 | 2820-000 | | | 31,676.06 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.86 | | 31,676.92 |
| 11/02/09 | | Title Underwriters Agency | Sale of 4324 Lori Drive, Rockford, IL | | | 15,000.00 | | 46,676.92 |
| | {5} | | Sale of Real Estate - 4324 Lori Drive | 335,000.00 | 1110-000 | | | 46,676.92 |
| | | | Commission of Realtors 6% | -20,100.00 | 3510-000 | | | 46,676.92 |
| | | | Title Charges | -908.00 | 2500-000 | | | 46,676.92 |
| | | | Recording Fees & County & State Transfer Stamps | -538.25 | 2820-000 | | | 46,676.92 |
| | | | Additional Settlement Charges | -566.87 | 2500-000 | | | 46,676.92 |
| | | | 2009 County Property Tax | -10,996.33 | 2820-000 | | | 46,676.92 |
| | | | Pay-off First Mortgage of Midwest Comm. Bank | -286,890.55 | 4110-000 | | | 46,676.92 |
| 11/09/09 | {14} | Patricia M. McCarren (fka Flood) | Payment of Money from Checking Account | | 1129-000 | 5,000.00 | | 51,676.92 |
| 11/13/09 | | To Account #*******0766 | TO PAY MISCELLANEOUS BILLS | | 9999-000 | | 1,500.00 | 50,176.92 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.97 | | 50,178.89 |
| 12/08/09 | {28} | Hachi Hachi Japanese Express, Inc. | Dec. Rent-7414 Ashton Villa | | 1222-000 | 1,300.00 | | 51,478.89 |
| 12/18/09 | {28} | Hachi Hachi Japanese Express, Inc. | Nov. Rent-7414 Ashton Villa | | 1222-000 | 1,200.00 | | 52,678.89 |

Subtotals : $32,502.83    $1,500.00

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-72088 | |
| **Case Name:** | FLOOD, PATRICIA M. | |
| | | |
| **Taxpayer ID #:** | **-***7821 | |
| **Period Ending:** | 11/28/12 | |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****07-65 - Money Market Account |
| **Blanket Bond:** | $606,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.17 | | 52,681.06 |
| 01/08/10 | {28} | Hachi Hachi Japanese Express | Jan. 2010 Rent - 7414 Ashton Villa | 1222-000 | 1,300.00 | | 53,981.06 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.11 | | 53,983.17 |
| 02/04/10 | {28} | Hachi Hachi Japanese Express | 1/2 Feb. 2010 Rent - 7414 Ashton Villa | 1222-000 | 650.00 | | 54,633.17 |
| 02/08/10 | {18} | Roger Berry | 1.55 CT Marquis Wedding Ring Set | 1129-000 | 2,125.00 | | 56,758.17 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.12 | | 56,760.29 |
| 03/08/10 | {28} | Hachi Hachi Japanese Express | Balance of Feb. 2010 rent | 1222-000 | 250.00 | | 57,010.29 |
| 03/08/10 | {28} | Hachi Hachi Japanese Express | March 2010 Rent - 7414 Ashton Villa | 1222-000 | 900.00 | | 57,910.29 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.58 | | 57,912.87 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.39 | | 57,913.26 |
| 04/06/10 | | Wire out to BNYM account 9200*****0765 | Wire out to BNYM account 9200*****0765 | 9999-000 | -57,913.26 | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 1,500.00 | 1,500.00 | $0.00 |
| Less: Bank Transfers | -57,913.26 | 1,500.00 |
| **Subtotal** | 59,413.26 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | $59,413.26 | $0.00 |

{} Asset reference(s)

Printed: 11/28/2012 11:41 AM    V.13.04

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-72088 | |
| Case Name: | FLOOD, PATRICIA M. | |
| | | |
| Taxpayer ID #: | **-***7821 | |
| Period Ending: | 11/28/12 | |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****07-66 - Checking Account |
| Blanket Bond: | $606,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/09 | | From Account #*******0765 | TO PAY MISCELLANEOUS BILLS | 9999-000 | 1,500.00 | | 1,500.00 |
| 11/13/09 | 101 | RRWRD | Ref # 0907587YR | 2420-000 | | 88.33 | 1,411.67 |
| 11/13/09 | 102 | CITY OF LAKE MILLS | Ref # 015-00004131-27 | 2420-000 | | 157.23 | 1,254.44 |
| 11/13/09 | 103 | CITY OF ROCKFORD | Ref # 090758735 | 2420-000 | | 199.77 | 1,054.67 |
| 01/08/10 | 104 | Payment Center | Ref # 84957/62901812 | 2420-000 | | 45.58 | 1,009.09 |
| 02/04/10 | 105 | City of Lake Mills | Ref # 015-0004131-27 | 2420-000 | | 408.43 | 600.66 |
| 02/04/10 | 106 | Payment Center | Ref # 62955812 | 2420-000 | | 62.45 | 538.21 |
| 02/18/10 | 107 | RRWRD | Ref # 0907587YR - 100809-011210 | 2420-000 | | 92.14 | 446.07 |
| 02/18/10 | 108 | Payment Center | Ref # 63010771/84957 | 2420-000 | | 65.52 | 380.55 |
| 03/08/10 | 109 | Payment Center | Ref # 63064703 | 2420-000 | | 47.56 | 332.99 |
| 03/08/10 | 110 | City of Lake Mills | Ref # 015-00004131-27  FEB 10 | 2420-000 | | 114.20 | 218.79 |
| 03/23/10 | 111 | We Energies | Ref # 5816-021-230 | 2420-000 | | 124.81 | 93.98 |
| 04/06/10 | | Wire out to BNYM account<br>9200*****0766 | Wire out to BNYM account 9200*****0766 | 9999-000 | -93.98 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 1,406.02 | 1,406.02 | $0.00 |
| | Less: Bank Transfers | 1,406.02 | 0.00 | |
| | **Subtotal** | 0.00 | 1,406.02 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$1,406.02** | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-72088 |
| Case Name: | FLOOD, PATRICIA M. |
| | |
| Taxpayer ID #: | **-***7821 |
| Period Ending: | 11/28/12 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******07-19 - Checking Account |
| Blanket Bond: | $606,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/13/10 | | FUNDING ACCOUNT: 9200******0765 | | 9999-000 | 50,000.00 | | 50,000.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 3.49 | | 50,003.49 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 6.37 | | 50,009.86 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 6.16 | | 50,016.02 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 6.38 | | 50,022.40 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 6.36 | | 50,028.76 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.23 | | 50,029.99 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.27 | | 50,031.26 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.23 | | 50,032.49 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.27 | | 50,033.76 |
| 01/18/11 | | Transfer | Transfer to DDA | 9999-000 | | 2,500.00 | 47,533.76 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.88 | | 47,534.64 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.36 | | 47,535.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.40 | | 47,535.40 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.39 | | 47,535.79 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.40 | | 47,536.19 |
| 06/22/11 | | To Account #9200******0766 | To Pay Interim Atty Fees & Non-Wage Garnishment of C Flood | 9999-000 | | 24,000.00 | 23,536.19 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.32 | | 23,536.51 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,536.70 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.14 | 23,491.56 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,491.75 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.72 | 23,437.03 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.61 | 23,438.64 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,438.83 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.16 | 23,390.67 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,390.86 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.46 | 23,344.40 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,344.59 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.17 | 23,293.42 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,293.61 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.86 | 23,245.75 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,245.94 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.81 | 23,195.13 |
| 02/02/12 | | To Account #9200******0766 | Transfer to combine accounts | 9999-000 | | 23,195.13 | 0.00 |

| | | | Subtotals : | $50,037.84 | $50,037.84 |
|---|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-72088 |
| **Case Name:** | FLOOD, PATRICIA M. |
| **Taxpayer ID #:** | **-***7821 |
| **Period Ending:** | 11/28/12 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******07-19 - Checking Account |
| **Blanket Bond:** | $606,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 50,037.84 | 50,037.84 | $0.00 |
| | | | Less: Bank Transfers | | 50,000.00 | 49,695.13 | |
| | | | **Subtotal** | | **37.84** | **342.71** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37.84** | **$342.71** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-72088 |
| Case Name: | FLOOD, PATRICIA M. |
| Taxpayer ID #: | **-***7821 |
| Period Ending: | 11/28/12 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******07-65 - Checking Account |
| Blanket Bond: | $606,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******0765 | Wire in from JPMorgan Chase Bank, N.A. account *******0765 | 9999-000 | 57,913.26 | | 57,913.26 |
| 04/13/10 | | ACCOUNT FUNDED: 9200******0719 | | 9999-000 | | 50,000.00 | 7,913.26 |
| 04/27/10 | {28} | Hachi Hachi Japanexe Express | April 2010 Rent | 1222-000 | 900.00 | | 8,813.26 |
| 04/27/10 | | To Account #9200******0766 | Transfer to Pay Utilities | 9999-000 | | 500.00 | 8,313.26 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.81 | | 8,314.07 |
| 05/18/10 | {28} | Hachi Hachi Japanese Express | May 2010 Rent | 1222-000 | 900.00 | | 9,214.07 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.52 | | 9,214.59 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.53 | | 9,215.12 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.54 | | 9,215.66 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.55 | | 9,216.21 |
| 09/08/10 | | To Account #9200******0766 | Transfer to Pay 09 Taxes | 9999-000 | | 6,000.00 | 3,216.21 |
| 09/16/10 | | To Account #9200******0766 | Tfr for Final Utilities Bill | 9999-000 | | 300.00 | 2,916.21 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 2,916.24 |
| 10/19/10 | | To Account #9200******0766 | Transfer to pay Accountant | 9999-000 | | 2,800.00 | 116.24 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 116.25 |
| 11/08/10 | | To Account #9200******0766 | | 9999-000 | | 14.00 | 102.25 |
| 12/21/10 | | WE Energies | Refund on Utilities | 1290-002 | 5.29 | | 107.54 |
| 02/02/12 | | To Account #9200******0766 | Transfer to combine accounts | 9999-000 | | 107.54 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 59,721.54 | 59,721.54 | $0.00 |
| Less: Bank Transfers | 57,913.26 | 59,721.54 | |
| Subtotal | 1,808.28 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,808.28 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-72088 |
| Case Name: | FLOOD, PATRICIA M. |
| | |
| Taxpayer ID #: | **-***7821 |
| Period Ending: | 11/28/12 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******07-66 - Checking Account |
| Blanket Bond: | $606,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0766 | Wire in from JPMorgan Chase Bank, N.A. account ********0766 | 9999-000 | 93.98 | | 93.98 |
| 04/12/10 | 10112 | Payment Center | Ref # 63118664/090758735 | 7100-000 | | 33.22 | 60.76 |
| 04/12/10 | 10113 | City of Lake Mills | Ref # 015-00004131-27 | 7100-000 | | 43.94 | 16.82 |
| 04/27/10 | | From Account #9200******0765 | Transfer to Pay Utilities | 9999-000 | 500.00 | | 516.82 |
| 04/27/10 | 10114 | WE Energies | Ref # 1524930/5816-021-230 | 2420-000 | | 53.65 | 463.17 |
| 05/27/10 | 10115 | Payment Center | Ref # 63173599 | 2420-000 | | 29.12 | 434.05 |
| 05/27/10 | 10116 | RRWRD | Ref # 090758YR01/12/10-04/08/10 | 2420-000 | | 38.00 | 396.05 |
| 05/27/10 | 10117 | City of Lake Mills | Ref # 015-00004131-27 | 2410-000 | | 60.43 | 335.62 |
| 05/27/10 | 10118 | WE Energies | Ref # 5816-021-230 | 2420-000 | | 48.75 | 286.87 |
| 06/03/10 | 10119 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-72088, BOND #016018067 | 2300-000 | | 47.00 | 239.87 |
| 06/14/10 | 10120 | CITY OF LAKE MILLS | Ref # 04/19/10-05/18/10    ACCT NO 015-00004131-27 | 2420-000 | | 70.59 | 169.28 |
| 06/14/10 | 10121 | Payment Center | Ref # 63227737/090758735    CUSTOMER #84957 | 2420-000 | | 29.12 | 140.16 |
| 07/08/10 | 10122 | City of Lake Mills Light & Water Dept | Ref # 06/10  #015-00004131-27 | 2420-000 | | 73.89 | 66.27 |
| 07/08/10 | 10123 | WE Energies | Ref # 0512-061110 #5816021230 | 2420-000 | | 9.91 | 56.36 |
| 09/08/10 | | From Account #9200******0765 | Transfer to Pay 09 Taxes | 9999-000 | 6,000.00 | | 6,056.36 |
| 09/08/10 | 10124 | Dept of Treasury | Ref # 54-6857821    2009 Income Tax for Bankruptcy Estate | 2810-000 | | 2,619.00 | 3,437.36 |
| 09/08/10 | 10125 | Illinois Department of Revenue | Ref # 54-6857821    2009 State Income Tax for Bankruptcy Estate | 2820-000 | | 1,926.00 | 1,511.36 |
| 09/08/10 | 10126 | Dept of Treasury | Ref # 54-6857821    3rd Qtr Est Pymt for 2010 Taxes for Bankruptcy Estate | 2810-000 | | 1,320.00 | 191.36 |
| 09/16/10 | | From Account #9200******0765 | Tfr for Final Utilities Bill | 9999-000 | 300.00 | | 491.36 |
| 09/16/10 | 10127 | CITY OF LAKE MILLS LIGHT & WATER | Ref # 015-00004131-27 | 2420-000 | | 198.45 | 292.91 |
| 09/16/10 | 10128 | WE ENERGEIES | Ref # 5816021230 6/11 - 8/11/10 | 2420-000 | | 38.25 | 254.66 |
| 10/07/10 | 10129 | Barry Luce | Ref # LOCKSMITH - 22873 | 2420-000 | | 79.12 | 175.54 |
| 10/19/10 | | From Account #9200******0765 | Transfer to pay Accountant | 9999-000 | 2,800.00 | | 2,975.54 |
| 10/19/10 | 10130 | Illinois Department of Revenue | Ref # 02532-07456/54-6857821 | 2820-000 | | 35.32 | 2,940.22 |
| 10/19/10 | 10131 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Ref # INV 349640/R05762.0 | 3410-000 | | 2,876.00 | 64.22 |
| 11/08/10 | | From Account #9200******0765 | | 9999-000 | 14.00 | | 78.22 |
| 11/08/10 | 10132 | Internal Revenue Service | Ref # PEN & INT  FOR 12/31/09  FEIN 54-6857821 | 2810-000 | | 78.22 | 0.00 |
| | | | Subtotals : | | $9,707.98 | $9,707.98 | |

| | |
|---|---|
| {} Asset reference(s) | Printed: 11/28/2012 11:41 AM    V.13.04 |

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-72088 | |
| **Case Name:** FLOOD, PATRICIA M. | |

| | |
|---|---|
| **Trustee:** BERNARD J. NATALE (330370) | |
| **Bank Name:** The Bank of New York Mellon | |
| **Account:** 9200-******07-66 - Checking Account | |

**Taxpayer ID #:** **-***7821
**Period Ending:** 11/28/12

**Blanket Bond:** $606,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/11 | | Transfer | Tranfer received from TIA | 9999-000 | 2,500.00 | | 2,500.00 |
| 01/18/11 | 10133 | United States Treasury | Ref # 54-6857821    4th Qtr Estimated Tax Payment | 2810-000 | | 1,320.00 | 1,180.00 |
| 06/02/11 | 10134 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #09-72088, BOND #016018067 | 2300-000 | | 46.18 | 1,133.82 |
| 06/22/11 | | From Account #9200******0719 | To Pay Interim Atty Fees & Non-Wage Garnishment of C Flood | 9999-000 | 24,000.00 | | 25,133.82 |
| 06/23/11 | 10135 | BERNARD J. NATALE, LTD. | Ref # INTERIM FEES - C FLOOD | 3110-000 | | 16,176.50 | 8,957.32 |
| 06/23/11 | 10136 | Midwest Community Bank | Ref # NON WAGE GARNISH | 5900-000 | | 7,274.33 | 1,682.99 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.23 | 1,679.76 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,654.76 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,629.76 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,604.76 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,579.76 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,554.76 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,529.76 |
| 02/02/12 | | From Account #9200******0765 | Transfer to combine accounts | 9999-000 | 107.54 | | 1,637.30 |
| 02/02/12 | | From Account #9200******0719 | Transfer to combine accounts | 9999-000 | 23,195.13 | | 24,832.43 |
| 02/09/12 | 10137 | WipFli LLP | Pymt of Invoice 628272 | 3420-000 | | 1,158.00 | 23,674.43 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.89 | 23,629.54 |
| 03/27/12 | {29} | Internal Revenue Service | Payment of 2010 Income Tax Refund | 1224-000 | 2,653.23 | | 26,282.77 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.78 | 26,233.99 |
| 05/17/12 | 10138 | BERNARD J. NATALE | Dividend paid 100.00% on $19,913.99, Trustee Compensation;  Reference: | 2100-000 | | 19,913.99 | 6,320.00 |
| 05/17/12 | 10139 | Custom Cabinetry | Distribution paid  22.20% on $670.00; Claim# 1; Filed: $670.00; Reference: | 7100-000 | | 148.79 | 6,171.21 |
| 05/17/12 | 10140 | Chase Bank USA | Distribution paid  22.20% on $5,649.65; Claim# 2; Filed: $5,649.65; Reference: | 7100-000 | | 1,254.64 | 4,916.57 |
| 05/17/12 | 10141 | Commonwealth Edison | Distribution paid  22.20% on $168.73; Claim# 3; Filed: $168.73; Reference: | 7100-000 | | 37.47 | 4,879.10 |
| 05/17/12 | 10142 | Southwood Property Mgmt & Realty LLC | Distribution paid  22.20% on $1,959.71; Claim# 4; Filed: $1,959.71; Reference: | 7100-000 | | 435.20 | 4,443.90 |
| 05/17/12 | 10143 | Verizon Wireless | Distribution paid  22.20% on $215.39; Claim# 5; Filed: $215.39; Reference: | 7100-000 | | 47.83 | 4,396.07 |
| 05/17/12 | 10144 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 4,396.07 | 0.00 |
| | | | Dividend paid 100.00%        3,995.06 on $3,995.06; Claim# | 3110-000 | | | 0.00 |

| | | | Subtotals : | | $52,455.90 | $52,455.90 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-72088 |
| **Case Name:** | FLOOD, PATRICIA M. |
| | |
| **Taxpayer ID #:** | **-***7821 |
| **Period Ending:** | 11/28/12 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******07-66 - Checking Account |
| **Blanket Bond:** | $606,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ATTY; Filed: $10,071.50 | | | | |
| | | | Dividend paid 100.00%         401.01<br>on $401.01;  Claim#<br>EXP; Filed: $401.01 | 3120-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 62,163.88 | 62,163.88 | $0.00 |
| | Less: Bank Transfers | 59,510.65 | 0.00 | |
| | **Subtotal** | 2,653.23 | 62,163.88 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | $2,653.23 | $62,163.88 | |

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-72088 |
| Case Name: | FLOOD, PATRICIA M. |

| | |
|---|---|
| Taxpayer ID #: | **-***7821 |
| Period Ending: | 11/28/12 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******07-67 - Checking Account |
| Blanket Bond: | $606,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/22/12 | {30} | State Of Illinois | Refund for Tax Period ending 2009 | | 1224-000 | 33.98 | | 33.98 |
| 07/25/12 | 101 | Chase Bank USA | Distribution paid 22.59% on $5,649.65; Claim# 2; Filed: $5,649.65; Reference: | | 7100-000 | | 22.15 | 11.83 |
| 07/25/12 | 102 | Southwood Property Mgmt & Realty LLC | Distribution paid 22.59% on $1,959.71; Claim# 4; Filed: $1,959.71; Reference: | | 7100-000 | | 7.68 | 4.15 |
| 07/25/12 | 103 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | | 4.15 | 0.00 |
| | | | Dividend paid 22.59% on $670.00; Claim# 1; Filed: $670.00 | 2.64 | 7100-000 | | | 0.00 |
| | | | Dividend paid 22.59% on $168.73; Claim# 3; Filed: $168.73 | 0.66 | 7100-000 | | | 0.00 |
| | | | Dividend paid 22.59% on $215.39; Claim# 5; Filed: $215.39 | 0.85 | 7100-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **33.98** | **33.98** | **$0.00** |
| Less: Bank Transfers | | 0.00 | 0.00 |
| **Subtotal** | | **33.98** | **33.98** |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$33.98** | **$33.98** |

| | |
|---|---|
| Net Receipts : | 63,946.59 |
| Plus Gross Adjustments : | 1,016,529.04 |
| Less Other Noncompensable Items : | 5.29 |
| Net Estate : | $1,080,470.34 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****07-65** | **59,413.26** | **0.00** | **0.00** |
| **Checking # ***-*****07-66** | **0.00** | **1,406.02** | **0.00** |
| **Checking # 9200-******07-19** | **37.84** | **342.71** | **0.00** |
| **Checking # 9200-******07-65** | **1,808.28** | **0.00** | **0.00** |
| **Checking # 9200-******07-66** | **2,653.23** | **62,163.88** | **0.00** |
| **Checking # 9200-******07-67** | **33.98** | **33.98** | **0.00** |
| | **$63,946.59** | **$63,946.59** | **$0.00** |